No. 269.   YARBOROUGH BROS. *v.* JOHN A. MILLS & CO., from Moore.   Appeal by defendants.

*Per Curiam:*   Affirmed.

No. 280, B.   NATIONAL BANK OF CHAMBERSBURG *v.* J. T. SEAWELL; from Moore.   Appeal by plaintiff.

*Per Curiam:*   Dismissed under Rule 17.

*No. 280, C.   T. L. MCNAIR *v.* JOHN PURCELL; from Cumberland.   Appeal by plaintiff.

*Per Curiam:*   Appeal dismissed under Rule 17.

No. 280, D.   J. B. DAVIS *v.* D. E. BEARD; from Cumberland.   Appeal by plaintiff.

*Per Curiam:*   Dismissed under Rule 17.

No. 303.   JULIUS M. SURRATT *v.* MARY C. BADGETT, Administratrix; from Davidson.   Appeal by defendant.

*Per Curiam:*   Judgment below affirmed.

No. 304.   JULIUS M. SURRATT *v.* MARY C. BADGETT, Administratrix; from Davidson.   Appeal by plaintiff.

*Per Curiam:*   Judgment below affirmed.

No. 330.   STATE ex rel. W. B. WRAY, *v.* DAVIS SEWING MACHINE COMPANY; from Rockingham.   Appeal by defendant.

*Per Curiam:*   Judgment below reversed.